UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| **DENISE R. COMSTOCK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-CV-153-SNLJ |
| | ) | |
| **BLAIR LOGISTICS, LLC, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' stipulation that plaintiff's damages arising out of this personal injury action do not and will not exceed $75,000. [Doc. 25.] Defendant removed this case to this Court based on diversity jurisdiction, which requires complete diversity of citizenship and that the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Defendants stated in their notice of removal that the amount in controversy exceeded $75,000 [Doc 1]. The parties now confirm that the amount in controversy does not meet the jurisdictional threshold, but they do not address the matter of this Court's jurisdiction nor ask for remand.

Accordingly,

IT IS HEREBY ORDERED that defendants shall SHOW CAUSE why this matter should not be remanded to the Circuit Court of New Madrid County, Missouri by October 9, 2023.  Failure to do so will result in remand.

Dated this ___2nd___ day of October, 2023.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE